| | |
|---|---|
| DAVID SHAUN BENNETT | DECLARATION IN SUPPORT |
| *Petitioner* | OF REQUEST |
| | TO PROCEED |
| KEN CLARK, Warden, et. al. | IN FORMA PAUPERIS |
| *Respondent(s)* | |

CV 08  2792

**FILED** 08 JUN -4 PH 4:13

**SBA (PR)**

**E-filing**

I, David Shaun Bennett, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☒ No
   b. Rent payments, interest or dividends? ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
   d. Gifts or inheritances? ☒ Yes ☐ No
   e. Any other sources? ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: See attached trust account statement _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*

   ☐ Yes ☒ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

   _____

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __5/27/08__          __/s/ Mr. David S. Bennett__
              Date                         Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __-1.50__ _____ on account to his credit at the __CSATF/SP__ _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

__5-27-08__                    __/s/ CCI__
   Date                    Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030 .701                                    REPORT DATE: 05/20/08
                                                          PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                               SATF/SP AT CORCORAN
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU MAY  20, 2008

ACCOUNT NUMBER : E39886                 BED/CELL NUMBER: FC01T1000000136U
ACCOUNT NAME   : BENNETT, DAVID SHAUN       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----   ----  -----------    -------      ---------   --------   -----------   -------

11/01/2007   BEGINNING BALANCE                                                  80.40

11/15*FC02 DRAW-FAC 2      2744/FAC B                             35.00         45.40
11/16*W514 VISION CARE C   2787/REC'D                             41.50          3.90
11/28 D300 CASH DEPOSIT    2943/M-R              100.00                        103.90
12/10 W516 LEGAL COPY CH   3163/L-COP                              0.30        103.60
12/12 W516 LEGAL COPY CH   3208/L-COP                              0.30        103.30
12/13 FC02 DRAW-FAC 2      3232/FAC B                            103.00          0.30
    ACTIVITY FOR 2008
02/08 W516 LEGAL COPY CH   4080/LCOPY                              0.30          0.00


                           CURRENT HOLDS IN EFFECT
    DATE      HOLD
   PLACED     CODE        DESCRIPTION            COMMENT       HOLD AMOUNT
   ------     ----        -----------            -------       -----------

 05/16/2008   H109    LEGAL POSTAGE HOLD        5757/05-09          1.50

                           TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL        TOTAL         CURRENT        HOLDS      TRANSACTIONS
   BALANCE       DEPOSITS    WITHDRAWALS      BALANCE       BALANCE    TO BE POSTED
   ---------     --------    -----------      -------       -------    ------------

     80.40        100.00       180.40           0.00          1.50          0.00


                                                           CURRENT
                                                          AVAILABLE
                                                           BALANCE
                                                          ---------
                                                            1.50-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:                    MAY 2 0 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE