1  Mr. David Shaun Bennett
   E39886    CSATF
2  P.O. BOX 5242   B1-136up
   Corcoran, CA 93212-5242
3

FILED
JUL - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4        IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
5                        DISTRICT OF CALIFORNIA

6  DAVID SHAUN BENNETT         )      No. 4:08-cv-02792-SBA
7         Petitioner           )      REQUEST FOR EXTENSION OF DEADLINE
                               )      TO FILE IN FORMA PAUPARIS FOR
8  V.                          )      WRIT OF HABEAS CORPUS BY A PERSON
                               )      IN STATE CUSTODY
9  KEN CLARK, Warden, et. al.  )
                               )      28 U.S.C. §2254
10        Respondent            )
                               )
11 ─────────────────────────────)

12

13 Honorable Judge Saundra Brown Armstrong, Petitioner, David Shaun Bennett,
14 filed a Writ of Habeas Corpus on 6/04/08, before your court. Due to lack
15 of adequate resources in the prison library, Petitioner did not have access
16 to the correct form to attach to his Writ to file In Forma Pauperis.
17 Petitioner was sent the proper form by your clerk with a 30 day deadline
18 to have the form returned and properly filed.
19 Petitioner filed for verification of his indigent status the week of
20 6/16/08, it is now 6/30/08 and Petitioner has not received his verification
21 from the Inmate Trust Office. Petitioner is at the mercy of the state
22 authorities in having to wait for them to do their job. In anticipation
23 of not meeting the imposed deadline, Petitioner is therefore asking for
24 the Honorable Judge to grant an extension to the filing deadline.
25 Sincerly,
26 *David S. Bennett* (signature)
   MR. DAVID S. BENNETT
27 PETITIONER
28                                                     Submitted 06/30/2008

Mr. David Shaun Bennett
CSATF E39886
P.O. Box 5242 B1-134up
Corcoran, CA 93212-5242

Legal Materials

Office of The Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212



Legal Materials

