RECEIVED

JUL - 7 2008

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08   2792

David Shaun Bennett   Plaintiff,

vs.

Ken Clark, Warden, et al.   Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

SBA

(PR)

I, David Shaun Bennett, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __Raychem, Menlo Park, CA. (1989)_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ___  No _X_
10         self employment
11    b.   Income from stocks, bonds,                 Yes ___  No _X_
12         or royalties?
13    c.   Rent payments?                             Yes ___  No _X_
14    d.   Pensions, annuities, or                    Yes ___  No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___  No _X_
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                             Yes ___  No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

```
 1        b.     List the persons other than your spouse who are dependent upon you for
 2               support and indicate how much you contribute toward their support. (NOTE:
 3               For minor children, list only their initials and ages. DO NOT INCLUDE
 4               THEIR NAMES.).
 5    _____
 6    _____
 7  5.   Do you own or are you buying a home?     Yes ___ No _X_
 8  Estimated Market Value: $_____ Amount of Mortgage: $_____
 9  6.   Do you own an automobile?                Yes ___ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No _X_ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No _X_
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _____0_____          Utilities: _____0_____
23  Food: $ _____0_____          Clothing: _____0_____
24  Charge Accounts:
25  Name of Account              Monthly Payment           Total Owed on This Acct.
26  _____                   $ _____              $ _____
27  _____                   $ _____              $ _____
28  _____                   $ _____              $ _____
```

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____None_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  __7/1/08__                    __Mr. David S. Bennett__
17    DATE                           SIGNATURE OF APPLICANT

1
2                                                    Case Number: _4:08-cv-02792-SBA_
3
4
5
6
7
8                                    **CERTIFICATE OF FUNDS**
9                                                    **IN**
10                                          **PRISONER'S ACCOUNT**
11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _Bennett  David_ for the last six months
                                        [prisoner name]
14  _CA SATF_ where (s)he is confined.
       [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ ___∅___ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_17.32_.
18
19  Dated: JUN 2 3 2008          _M. Jordein_
                                    [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                    REPORT DATE: 06/23/08
                                           PAGE NO:          1

                 CALIFORNIA DEPARTMENT OF CORRECTIONS
                       SATF/SP AT CORCORAN
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 23, 2008

ACCOUNT NUMBER : E39886              BED/CELL NUMBER: FBB1T100000136U
ACCOUNT NAME   : BENNETT, DAVID SHAUN           ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                        TRUST ACCOUNT ACTIVITY

 TRAN
DATE CODE  DESCRIPTION              COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----  ----  ----------------------  ----------  ---------  --------   -----------   -------
12/01/2007  BEGINNING BALANCE                                                       103.90
12/10 W516  LEGAL COPY CH 3163/L-COP                                      0.30      103.60
12/12 W516  LEGAL COPY CH 3208/L-COP                                      0.30      103.30
12/13 FC02  DRAW-FAC 2 3232/FAC B                                       103.00        0.30
*02/08 W516 LEGAL COPY CH 4080/LCOPY                                      0.30        0.00
ACTIVITY FOR 2008

                        CURRENT HOLDS IN EFFECT

DATE
PLACED  HOLD CODE    DESCRIPTION           COMMENT           HOLD AMOUNT
------  ---------    -----------           -------           -----------
06/03/2008  H109   LEGAL POSTAGE HOLD      5971/05-27              1.85

                        TRUST ACCOUNT SUMMARY
BEGINNING    TOTAL      TOTAL       CURRENT    HOLDS     TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS BALANCE    BALANCE   TO BE POSTED
---------    --------   ----------- -------    -------   ------------
103.90        0.00       103.90      0.00       1.85         0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              --------
                                                1.85-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: JUN 23 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

David Shaun Bennett
(ATF E34886)
PO Box 5242 B1-134up
Corcoran, CA 93212-5242

'LEGAL MAIL'

BAKERSFIELD CA 933
MOJAVE CA
02 JUL 2008 PM 4 T

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

*[signature] R. [illegible] cc: 7-7-08*